# EXHIBIT A

**From:** Nathan Soriano <joe.nathan.soriano@gmail.com>
**Date:** January 9, 2020 at 3:40:20 PM PST
**To:** louisfloyd@me.com
**Subject: BTI Group - We help sell and acquire companies**
**Reply-To:** joe.nathan.soriano@gmail.com

Hi Louis,

Thanks for connecting with me a while ago! Sorry because I catch you in a bad time but let's find a time to connect and discuss your goals.

Consultation with us is free, confidential and will provide you valuable knowledge on what your company is worth.

Be sure to check out our website listed below. I'm happy to answer any questions that you have!

--

Best Regards,

Jonathan

We help sell and acquire companies!



Business Sales & Acquisitions
*A Division of BTI Group*

**Address:**
1475 S. Bascom Ave
Suite 113
Campbell, CA 95008
*View Map*

**Phone:** 408-426-8119    **Fax:** 408-246-2219
Business Team Website
"The Largest Business Brokerage Firm in the Western United States"
6,800+ Businesses Sold!

EXHIBIT A

20

**EXHIBIT B**

**From:** David Plush <dplush@business-team.com>
**Date:** January 10, 2020 at 8:39:25 AM PST
**To:** louisfloyd@me.com
**Subject: BTI Group - We help sell and acquire companies**

Hi Louis,

Thank you for taking the call from my assistant Jonathan, let's find a time to connect. I can meet personally to discuss your goals further!

Consultation with us is free, confidential and will provide you valuable knowledge on what your company is worth.

Be sure to check out our website listed below. I'm happy to answer any questions that you have!

Best Regards,

David Plush. Business Broker at Business Team: I sell companies!

1475 S. Bascom Avenue, Suite 113, Campbell, California 95008

Cell: 408-502-5154 Fax: 408-246-2219

Business Team Website     Let's get Linkedin!     Schedule Meeting

*"The Largest Business Brokerage Firm in the Western United States"* **6,800+ Businesses Sold!**

DRE#: 01821081

EXHIBIT B
22