# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> BTI GROUP, <br><br> Defendant. | Case No. 20-cv-04445-BLF <br><br> **ORDER VACATING ALL DATES, REQUESTING DISMISSAL OR A STATUS UPDATE NO LATER THAN 30 DAYS, AND ADMINISTRATIVELY CLOSING THE CASE** |

The Court has received notice of the Parties' settlement. ECF 32. Accordingly, the Court VACATES all pretrial and trial dates in this action and REQUESTS that the parties voluntarily dismiss the case or provide a further status update no later than **December 11, 2020.**

The Clerk SHALL administratively close the case. This is an internal procedure that does not affect the substantive rights of the parties. The parties may request that the case be reopened, if appropriate, should a settlement not be reached.

**IT IS SO ORDERED.**

Dated: November 11, 2020

_____
BETH LABSON FREEMAN
United States District Judge