1  JOHN R. HABASHY, ESQ. (SBN 236708)
   john@lexiconlaw.com
2  TIFFANY N. BUDA, ESQ. (SBN 232679)
   tiffany@lexiconlaw.com
3  LEXICON LAW, PC
4  633 W. 5th Street, 28th Floor
   Los Angeles, CA 90071
5  Telephone: (213) 223-5900
   Facsimile: (888) 373-2107
6
7  [Additional Counsel listed on subsequent page]

8  Counsel for Plaintiff A1 On Track Sliding
   Door Repair and Installation and the Putative Class
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

14  A1 ON TRACK SLIDING DOOR          | Case No. 2:20-cv-04445-BLF
    REPAIR AND INSTALLATION,
15  INC., et al.,
                                      | **STIPULATION OF VOLUNTARY**
16              Plaintiff,            | **DISMISSAL PURSUANT TO**
                                      | **F.R.C.P. RULE 41(a) (1)(A)(ii) AND**
17        v.                          | **[PROPOSED] ORDER**

18  BTI GROUP, a California corporation,
    et al.,                           | **CLASS ACTION**
19
                                      | Honorable Beth L. Freeman
20              Defendants.           | Courtroom: 3
                                      | Complaint Filed: July 2, 2020
21

22

23      ____

24  ///

25  ///

26  ///

27  ///

28
                                      1
            STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)
                              2:20-cv-04445-BLF

**Additional Counsel for Plaintiff and the Putative Class:**
Daniel A. Edelman, Esq. (IL #00712094)
Admitted Pro Hac Vice
courtecl@edcombs.com
Cathleen M. Combs, Esq. (IL #00472840)
Admitted Pro Hac Vice
ccombs@edcombs.com
Heather Kolbus, Esq. (IL #6278239)
Admitted Pro Hac Vice
hkolbus@edcombs.com
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
Telephone:  (312) 739-4200
Facsimile:  (312) 419-0379

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE that** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff A1 On Track Sliding Door Repair and Installation, Inc. ("Plaintiff") and Defendant BTI Group, a California corporation, ("Defendant") (collectively the "Parties") hereby stipulate to the voluntary dismissal of the entire cause of action as follows:

1. Plaintiff agrees to the voluntary dismissal with prejudice of any and all purported claims belonging to Plaintiff against Defendant.

2. Plaintiff agrees to the voluntary dismissal without prejudice of any and all purported class claims against Defendant.

3. Plaintiff agrees to the voluntary dismissal without prejudice of any and all purported claims against Defendant Does 1-10.

The Parties further stipulate and agree that there is no prevailing party and that each Party shall bear its own costs and attorneys' fees incurred in this action.

**SO STIPULATED**.

Respectfully submitted,

Dated: December 10, 2020

**EDELMAN COMBS LATTURNER AND GOODWIN LLC**

By: */s/ Heather Kolbus*
    Heather Kolbus


Daniel A. Edelman, Esq.
(IL #00712094)
courtecl@edcombs.com
Cathleen M. Combs, Esq.
(IL #00472840)
ccombs@edcombs.com
Heather Kolbus, Esq.
(IL #6278239)
hkolbus@edcombs.com
20 South Clark Street, Suite 1500
Chicago, IL 60603
Telephone:  (312) 739-4200
Facsimile:  (312) 419-0379

John R. Habashy, Esq. (SBN 236708)
john@lexiconlaw.com
Tiffany N. Buda, Esq. (SBN 232679)
tiffany@lexiconlaw.com
LEXICON LAW, PC
633 W. 5th Street, 28th Floor
Los Angeles, CA 90071

Telephone: (213) 223-5900
Facsimile: (888) 373-2107

*Counsel for Plaintiffs*

**MEYER LAW GROUP LLP**

By:  /s/ BRENT D. MEYER
     Brent D. Meyer

Brent D. Meyer, SB# 266152
MEYER LAW GROUP LLP
268 Bush Street #3639
San Francisco, CA 94104
(415) 765-1588 (phone)
(415) 762-5277 (fax)
brent@meyerllp.com

Gordon J. Finwall, SB#14177
FINWALL LAW OFFICES, APC
1056 Lincoln Avenue
San Jose, CA 95125
(408) 350-4041 (phone)
(408) 350-4042 (fax)
gordon@finwalllaw.com

*Counsel for BTI Group*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, and for good cause shown, IT IS SO ORDERED.

DATE: _____

HONORABLE BETH L. FREEMAN

United States District Court Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Heather Kolbus, am the ECF User whose identification and password are being used to file this stipulation. I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  December 10, 2020         By:  /s/ Heather Kolbus
                                        Heather Kolbus

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 10, 2020.

*/s/ Heather Kolbus*
Heather Kolbus
