JOHN R. HABASHY, ESQ. (SBN 236708)
john@lexiconlaw.com
TIFFANY N. BUDA, ESQ. (SBN 232679)
tiffany@lexiconlaw.com
LEXICON LAW, PC
633 W. 5th Street, 28th Floor
Los Angeles, CA 90071
Telephone: (213) 223-5900
Facsimile: (888) 373-2107

[Additional Counsel listed on subsequent page]

Counsel for Plaintiff A1 On Track Sliding
Door Repair and Installation and the Putative Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| A1 ON TRACK SLIDING DOOR REPAIR AND INSTALLATION, INC., et al.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BTI GROUP, a California corporation, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-04445-BLF<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a) (1)(A)(ii) AND [PROPOSED] ORDER**<br><br>**CLASS ACTION**<br><br>Honorable Beth L. Freeman<br>Courtroom: 3<br>Complaint Filed: July 2, 2020 |

///

///

///

///

1
STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)
2:20-cv-04445-BLF

**Additional Counsel for Plaintiff and the Putative Class:**
Daniel A. Edelman, Esq. (IL #00712094)
Admitted Pro Hac Vice
courtecl@edcombs.com
Cathleen M. Combs, Esq. (IL #00472840)
Admitted Pro Hac Vice
ccombs@edcombs.com
Heather Kolbus, Esq. (IL #6278239)
Admitted Pro Hac Vice
hkolbus@edcombs.com
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
Telephone:  (312) 739-4200
Facsimile:  (312) 419-0379

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE that** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff A1 On Track Sliding Door Repair and Installation, Inc. ("Plaintiff") and Defendant BTI Group, a California corporation, ("Defendant") (collectively the "Parties") hereby stipulate to the voluntary dismissal of the entire cause of action as follows:

1. Plaintiff agrees to the voluntary dismissal with prejudice of any and all purported claims belonging to Plaintiff against Defendant.

2. Plaintiff agrees to the voluntary dismissal without prejudice of any and all purported class claims against Defendant.

3. Plaintiff agrees to the voluntary dismissal without prejudice of any and all purported claims against Defendant Does 1-10.

The Parties further stipulate and agree that there is no prevailing party and that each Party shall bear its own costs and attorneys' fees incurred in this action.

**SO STIPULATED**.

Respectfully submitted,

Dated: December 10, 2020

**EDELMAN COMBS LATTURNER AND GOODWIN LLC**

By: */s/ Heather Kolbus*
    Heather Kolbus

Daniel A. Edelman, Esq.
(IL #00712094)
courtecl@edcombs.com
Cathleen M. Combs, Esq.
(IL #00472840)
ccombs@edcombs.com
Heather Kolbus, Esq.
(IL #6278239)
hkolbus@edcombs.com
20 South Clark Street, Suite 1500
Chicago, IL 60603
Telephone:  (312) 739-4200
Facsimile:  (312) 419-0379

John R. Habashy, Esq. (SBN 236708)
john@lexiconlaw.com
Tiffany N. Buda, Esq. (SBN 232679)
tiffany@lexiconlaw.com
LEXICON LAW, PC
633 W. 5th Street, 28th Floor
Los Angeles, CA 90071

Telephone: (213) 223-5900
Facsimile: (888) 373-2107

*Counsel for Plaintiffs*

**MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
      Brent D. Meyer

Brent D. Meyer, SB# 266152
MEYER LAW GROUP LLP
268 Bush Street #3639
San Francisco, CA 94104
(415) 765-1588 (phone)
(415) 762-5277 (fax)
brent@meyerllp.com

Gordon J. Finwall, SB#14177
FINWALL LAW OFFICES, APC
1056 Lincoln Avenue
San Jose, CA 95125
(408) 350-4041 (phone)
(408) 350-4042 (fax)
gordon@finwalllaw.com

*Counsel for BTI Group*

4

STIPULATION OF DISMISSAL PURUSANT TO F.R.C.P. 41(a) – 2:20-cv-04445-BLF

# ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, and for good cause shown, IT IS SO ORDERED.

DATE: December 15, 2020

_____
HONORABLE BETH L. FREEMAN
United States District Court Judge